**PENNSYLVANIA BOARD
OF PROBATION AND
PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 8, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 8th day of August, 2011, the appeal is **DISMISSED** due to Appellant's failure to file a brief. The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT.**

**COMMONWEALTH of Pennsylvania,
Petitioner**

v.

**Shonda SPRUILL, Respondent.**

Supreme Court of Pennsylvania.

Aug. 30, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 30th day of August, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issue, rephrased for clarity:

Whether the Superior Court erred in reviewing, as a non-waivable claim regarding legality of sentence, a claim that the trial court improperly imposed a sentence on felony-two aggravated assault when felony-one aggravated assault was charged in the criminal information.